Affirmed and Opinion filed August 8, 2002









Affirmed and Opinion filed August 8, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-01029-CR

____________

 

JUAN GABRIEL CANTU, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 178th District Court

Harris County, Texas

Trial
Court Cause No. 862,125

 



 

M E M O R A N D U M  O
P I N I O N

Following a jury trial, appellant was convicted of the
offense of attempted capital murder.  On
September 13, 2001, the trial court sentenced appellant to confinement for
life  in the Institutional Division of
the Texas Department of Criminal Justice and a 
$10,000.00 fine.  Appellant filed
a notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes that
the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this
date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree that the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed August 8, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do not publish C Tex. R. App. P. 47.3(b).